# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-3143** | **September Term, 2023** |
| | 1:22-cr-00096-CKK-2 |
| | 1:22-cr-00096-CKK-1 |
| | 1:22-cr-00096-CKK-5 |
| | 1:22-cr-00096-CKK-8 |
| | 1:22-cr-00096-CKK-10 |
| | **Filed On: January 2, 2024** [2033953] |

United States of America,

    Appellee

  v.

Lauren Handy,

    Appellant

------------------------------

Consolidated with 23-3146, 23-3147, 23-3156, 23-3158

## M A N D A T E

In accordance with the judgment of November 3, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

      BY:    /s/
                  Daniel J. Reidy
                  Deputy Clerk

Link to the judgment filed November 3, 2023